UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SAUNDRA SMITH,<br><br>    Plaintiff,<br><br>  v.<br><br>RALEY'S,<br><br>    Defendant. | No. 2:24-cv-03064-TLN-JDP<br><br><br><br>**RELATED CASE ORDER** |
| SAUNDRA SMITH,<br><br>    Plaintiff,<br><br>  v.<br><br>RALEY'S,<br><br>    Defendant | No. 2:25-cv-00360-TLN-JDP |
| LEILANI T. SILVA,<br><br>    Plaintiff,<br><br>  v.<br><br>RALEY'S,<br><br>    Defendant. | No. 2:25-cv-01612-DJC-AC |

1

1    Examination of the above-captioned actions reveals they are related within the meaning of
2    Local Rule 123(a).  The assignment of these matters to the same judge is likely to effect a
3    substantial savings of judicial effort and is likely to be convenient for the parties.
4    Relating the cases under Local Rule 123, however, merely has the result that both actions
5    are assigned to the same judge, it does not consolidate the actions.  Under the regular practice of
6    this Court, related cases are generally assigned to the judge and magistrate judge to whom the
7    first filed action was assigned.  Should either party wish to consolidate the actions, the
8    appropriate motion or stipulation must be filed.
9    IT IS THEREFORE ORDERED that the action denominated 2:25-cv-01612-DJC-AC is
10   reassigned to District Judge Troy L. Nunley and Magistrate Judge Jeremy D. Peterson, and the
11   caption shall read 2:25-cv-01612-TLN-JDP.  Any dates currently set in 2:25-cv-01612-DJC-AC
12   are hereby VACATED.  The Clerk of the Court is to issue the Initial Pretrial Scheduling Order.
13   IT IS SO ORDERED.
14   Dated: August 15, 2025

TROY L. NUNLEY
CHIEF UNITED STATES DISTRICT JUDGE